## Curotola *v.* General Motors Corporation et al., Appellants.

Argued November 11, 1971. *Kim Darragh,* with him *Thomas J. Reinstadtler, Meyer, Darragh, Buckler, Bebenek & Eck,* and *Egler, McGregor and Reinstadtler,* for defendants, appellants; *George C. Diamantopulos,* for plaintiffs, appellees; *William W. Guthrie,* for additional defendant, appellee.

Order affirmed; reargument refused January 31, 1972.

WRIGHT, P. J., and MONTGOMERY, J., dissent.

SPAULDING, J., absent.

## Custer, Appellant, *v.* American Legion Keystone Post 449.

Argued November 11, 1971. *James B. Yelovich,* for appellant; *Frank A. Orban, Jr.,* for appellees.

Order affirmed.

SPAULDING, J., absent.